Peter P. Liebert, III, Liebert, Harvey, Herting, Short & Lavin, Philadelphia, Pa., for appellees.

Before McLAUGHLIN, FORMAN and ALDISERT, Circuit Judges.

## OPINION OF THE COURT

PER CURIAM.

Petitioner's application for notes of the March 4, 1969 District Court hearing in this case is denied.

In this alleged civil rights case, we must agree with the District Court that plaintiff's allegations that defendants conspired to deprive him of his constitutional rights are too conclusory in nature and insufficient to state a cause of action under 42 U.S.C.A., Sections 1983 and 1985. The judgment of the District Court dismissing the action will be affirmed.

Marcel Mallet-Prevost, Asst. Gen. Counsel, N. L. R. B., Washington, D. C., John D. Burgoyne, Atty., N. L. R. B., Washington, D. C., Arnold Ordman, Gen. Counsel, Dominick L. Manoli, Associate Gen. Counsel, for respondent.

Before JOHN R. BROWN, Chief Judge, and WISDOM, GEWIN, BELL, THORNBERRY, COLEMAN, GOLDBERG, AINSWORTH, GODBOLD, DYER, SIMPSON, MORGAN and CARSWELL, Circuit Judges.

PER CURIAM:

Upon consideration of this cause en banc the Court concludes that the opinion and judgment of the majority of the panel be and the same is hereby affirmed, 5 Cir., 407 F.2d 1006.

JOHN R. BROWN, Chief Judge, and WISDOM, BELL, AINSWORTH, SIMPSON and MORGAN, Circuit Judges, dissent.

---

**TRAILMOBILE DIVISION, PULLMAN INCORPORATED, Petitioner,**

v.

**NATIONAL LABOR RELATIONS BOARD, Respondent.**

No. 25470.

United States Court of Appeals
Fifth Circuit.

Oct. 10, 1969.

**PETER PAN FABRICS, INC. and Henry Glass & Co., Plaintiffs-Appellees,**

v.

**DAN RIVER MILLS, INC., Defendant-Appellant.**

No. 101, Docket 33491.

United States Court of Appeals
Second Circuit.

Argued Oct. 7, 1969.

Decided Oct. 10, 1969.

Charles M. Lanier, New Orleans, La., Hulse Hays, Jr., Cincinnati, Ohio, Alan E. Harazin, Cincinnati, Ohio, Taft, Stettinius & Hollister, Cincinnati, Ohio, Phelps, Dunbar, Marks, Claverie & Sims, New Orleans, La., for petitioner.

